NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

v.

**COVIDIEN LP AND COVIDIEN SALES LLC,**
*Defendants-Appellees.*

---

2015-1009

---

Appeal from the United States District Court for the Southern District of California in No. 3:13-cv-02607-H-RBB, Judge Marilyn L. Huff.

-------------------------------------------------------------------------

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

v.

**NEW ALLIANCE OF INDEPENDENT MEDICAL DISTRIBUTORS, INC., DBA ALLIANCE MEDICAL AND AMTEC MEDICAL, INC.,**
*Defendants-Appellees.*

---

2015-1010

_____

Appeal from the United States District Court for the Southern District of California in No. 3:13-cv-02607-H-RBB, Judge Marilyn L. Huff.

-------------------------------------------------------------------

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

v.

**THE BIMECO GROUP, INC.,**
*Defendant-Appellee.*

_____

2015-1011

_____

Appeal from the United States District Court for the Southern District of California in No. 3:13-cv-01763-H-RBB, Judge Marilyn L. Huff.

-------------------------------------------------------------------

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant*

v.

**NEW ENGLAND MEDICAL SPECIALTIES, INC.,**
*Defendant-Appellee*

_____

2015-1014

_____

Appeal from the United States District Court for the Southern District of California in No. 3:13-cv-02063-H-RBB, Judge Marilyn L. Huff.

_____

## O R D E R

The above-captioned appeals appear to be related. In addition, the above-captioned appeals appear to be related to Appeal Nos. 2014-1609, -1610, -1613, -1614, -1615, -1616.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeals Nos. 2015-1009, -1010, -1011, and -1014 are consolidated. The revised official caption is reflected above.

(2) Appellant's opening brief is due no later than December 2, 2014.

(3) Appeals Nos. 2015-1009, -1010, -1011, and -1014 shall be considered a companion case with Appeal Nos. 2014-1609, -1610, -1613, -1614, -1615, -1616 and assigned to the same merits panel for oral argument.

　　　　　　　　　　　　FOR THE COURT

　　　　　　　　　　　　/s/ Daniel E. O'Toole
　　　　　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　Clerk of Court

s30