**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 | FAX (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5008**

WRITER'S INTERNET ADDRESS
**danbromberg@quinnemanuel.com**

December 3, 2014

<u>VIA ELECTRONIC FILING</u>

Daniel E. O'Toole
Clerk of Court
United States Court of Appeals
 for the Federal Circuit
717 Madison Place NW
Washington, D.C. 20005

Re: <u>*Ivera Medical Corporation v. Coviden LP, et al.,*</u> Nos. 15-1009, -1010, -1011, & -1014

Dear Mr. O'Toole:

On November 14, 2014, plaintiff-appellant Ivera Medical Corporation moved to suspend briefing in the appeal referenced above pending resolution of related appeals. Although defendants-appellees New Alliance of Independent Medical Distributors, Inc., DBA Alliance Medical; Amtec Medical Inc.; The Bimeco Group, Inc.; and New England Medical Specialties, Inc. indicated that they would oppose the motion, neither they nor the remaining defendants have filed an opposition, and the deadline for filing such an opposition was December 1, 2014. Accordingly, Ivera respectfully submits that its motion is now ripe for resolution.

Respectfully submitted,

<u>/s/ Daniel H. Bromberg</u>
Daniel H. Bromberg

cc: Counsel of record

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | CHICAGO | WASHINGTON, DC | HOUSTON | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 3, 2014, I electronically filed the foregoing Letter re Motion to Suspend Briefing Pending Resolution of Related Appeals using the CM/ECF system, which will serve via e-mail notice of this filing to all counsel of record in this case.

DATED: December 3, 2014                    QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   /s/ Daniel H. Bromberg
     Daniel H. Bromberg

     *Counsel for Plaintiff-Appellant Ivera Medical Corporation*