NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

v.

**COVIDIEN LP AND COVIDIEN SALES LLC.**
*Defendants-Appellees.*

---

2015-1009

---

Appeal from the United States District Court for the Southern District of California in No. 3:13-cv-02147-H-RBB, Judge Marilyn L. Huff.

-------------------------------------------------

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

v.

**NEW ALLIANCE OF INDEPENDENT MEDICAL DISTRIBUTORS, INC., DBA ALLIANCE MEDICAL AND AMTEC MEDICAL, INC.**
*Defendants-Appellees.*

---

2015-1010

---

Appeal from the United States District Court for the Southern District of California in No. 3:13-cv-02607-H-RBB, Judge Marilyn L. Huff.

---

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

v.

**THE BIMECO GROUP, INC.,**
*Defendant-Appellee.*

---

2015-1011

---

Appeal from the United States District Court for the Southern District of California in No. 3:13-cv-01763-H-RBB, Judge Marilyn L. Huff.

---

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

v.

**NEW ENGLAND MEDICAL SPECIALTIES, INC.,**
*Defendant-Appellee.*

---

2015-1014

---

Appeal from the United States District Court for the Southern District of California in No. 3:13-cv-02063-H-RBB, Judge Marilyn L. Huff.

---

**ON MOTION**

---

**O R D E R**

Ivera Medical Corporation, Covidien LP, and Covidien Sales LLC jointly move to dismiss 2015-1009.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2015-1009 is granted. 2015-1009 is dismissed.

(2) Each side shall bear its own costs in 2015-1009.

(3) The revised official caption for 2015-1010, 2015-1011, and 2015-1014 is reflected above.

                        FOR THE COURT

                        /s/ Daniel E. O'Toole
                        Daniel E. O'Toole
                        Clerk of Court

s21

ISSUED AS A MANDATE (as to 2015-1009 only):

January 9, 2015